**United States Bankruptcy Court**
**For the District of Colorado**

| | |
|---|---|
| In re: | ) |
| GRANT, LYNDON | ) Case No. 10-29293 EEB |
| GRANT, GAIL QUEEN | ) Chapter 7 |
| Debtors | ) |

## STIPULATION FOR TURNOVER AND/OR PAYMENT TO TRUSTEE

The Debtor(s) hereby stipulate(s) that the following will be turnover to the Trustee, at the address listed below, on or before 20 days from 09/13/10:

☐ Copies of U.S. and Colorado tax returns actually filed for 2009 shall be provided to the Trustee at the address below within ten days of their filing and in no case later than **April 15, 2010. The Debtors agree not to spend any tax refunds received without the prior consent of the Trustee. The Debtors agree not to obtain any tax refund loans or other type of rapid refund which decreases the amount of the refund.** The Debtor(s) stipulate and agree that the Trustee shall be entitled to obtain any document, report, return, or tax refund check or information from the Internal Revenue Service, the Colorado Department of Revenue or any other taxing authority, and that the Trustee shall be deemed to be an authorized representative of the Debtor(s) under 39-21-113(4)(b) only for the purpose of obtaining any such document, report, return or check. For any tax refund check received by the Trustee directly from the Internal Revenue Service, in the event any portion of any such tax refund check is not the property of the estate, such portion will be returned to the Debtor(s).

☐ 2007 and ☐ 2008 State and Federal income tax returns actually filed, within 10 days from the date of this stipulation.

☐ All wage statements and pay stubs for pay periods from 07/30/10 to 09/13/10.

☐ Bank account statements or amounts on deposit on 07/30/10 or copies thereof.

☐ Documentation concerning ☐ security interests of creditors/ ☐ loan payoffs in Debtor's collateral.

☐ Debtor(s) will furnish the Trustee with ☐ appraisal(s) ☐ realtor's market analysis of ☐ Digital Photographs of the following property within 20 days: ☐ Firearms ☐ Jewelry ☐ Residence ☐ other Real Estate ☐ Motor Vehicles_____

☐ The Debtor(s) agrees to allow the Trustee's ☐ appraiser ☐ Realtor to appraise the following property within 20 days:_____

☐ A copy of Debtor's Insurance Endorsements and the latest premium notice for all ☐ motor vehicle, ☐ real estate, and ☐ personal property insurance policies, and ☐ life insurance.

☐ A copy of Debtor's ☐ Permanent Orders or Separation Agreement, ☐ divorce decree ☐ All Financial Affidavits ☐ Modifications

☐ Name and Current Address of Recipient of Child Support, Alimony or Maintenance.

1

- [x] The Debtor(s) agree to provide the latest Profit and Loss Statement and Balance sheets ☐ and latest tax returns for the following business(es) _Leb Computers Inc_

- ☐ The Debtor(s) agree to amend the following documents within 20 days of 09/13/10.
  - ☐ Statement of Financial Affairs Question _____
  - ☐ Sch. A ☐ Sch. B ☐ Sch. C with appropriate claims of exemptions incl. citation of statutory authority ☐ Sch. D ☐ Sch. E ☐ Sch. F ☐ Sch. I ☐ Sch. J ☐ Voluntary Petition
- ☐ Debtor(s) agree to correct the ☐ Debtor's ☐ Joint Debtor's Social Security Number with the court, and send notice of the correction to all credit reporting agencies and all creditors within 20 days.
- ☐ Debtor(s) agree to correct the ☐ Debtor's ☐ Joint Debtor's Name within 20 days.
- ☐ Debtor(s) agree to correct the ☐ Debtor's ☐ Joint Debtor's Address within 20 days.

- ☐ Other: _____

- ☐ The Debtor agrees to pay the Trustee: $_____ in monthly payments of $_____ commencing _____ and continuing until ☐ paid in full ☐ _____

- ☐ The Debtor agrees to provide the Trustee with the following within 20 days: ☐ Writ of Garnishment 90 days prior to 07/30/10 _____

If monies are to be turned over as noted above, the Trustee may seek modification of the Order to adjust the amount due.

It is further agreed that this Stipulation will be submitted to the United States Bankruptcy Court for entry as an Order of the Court without further notice and hearing. After this Stipulation is approved by the Court, it shall have all the force and effect of law as provided by the Bankruptcy Code, 11 U.S.C. §101, *et seq.*

**The Debtor(s) acknowledge and understand that failure to comply with the terms of this Stipulation could result in denial or revocation of any discharge order entered under 11 U.S.C. §727.**

Dated: 09/13/10

_____
GRANT, LYNDON

_____
GRANT, GAIL QUEEN

Approved as to form:

_____
ROBERT J. DOIG
624 S. CASCADE AVE.
COLORADO SPRINGS, CO 80903

_____
Kevin P. Kubie
Chapter 7 Trustee
P.O. Box 8928
Pueblo, Colorado 81008-8928
(719) 545-1153